FILED

06/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0487

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0487

MARKUS HENDRIK KAARMA,

Plaintiff and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 6, 2020, within which to prepare, serve, and file its response brief.

JK

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 2 2020